UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JON GERMAIN, ELIZABETH GERLACH,
AMBER RHY, ANGELA MIDDLETON,
BRUCE MIDDLETON, JENNIFER PRISSEL
and TODD PRISSEL, on behalf of themselves
and all others similarly situated,

        Plaintiff,

v.                                        Case No. 13-CV-00676

BANK OF AMERICA, N.A.,

        Defendant.

## DEFENDANT'S MOTION TO DISMISS

PLEASE TAKE NOTICE that the Defendant, Bank of America, N.A., moves the Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint with prejudice for failure to state a claim on which relief can be granted. The motion is supported by the Brief in Support of Defendant's Motion to Dismiss and the Declaration of Valerie Bailey-Rihn, which are also being filed and served today.

During the parties' Rule 26(f) preliminary pretrial conference, the parties stipulated to a briefing schedule to address this motion, and they incorporated the schedule into their Joint Preliminary Pre-Trial Conference Report, Docket # 16. Pursuant to the joint report, Defendant asks the Court to set the following deadlines: Plaintiffs' Response will be filed by December 20, 2013, and Defendant's Reply will be filed by January 9, 2014.

Dated November 18, 2013.

Valerie L. Bailey-Rihn
State Bar No. 1000728
Rachel A. Graham
State Bar No. 1069214

/s/ Valerie L. Bailey-Rihn
QUARLES & BRADY LLP
33 East Main Street
Suite 900
Madison, WI 53703
608.251.5000
val.bailey@quarles.com
rachel.graham@quarles.com

David S. Reidy
Marc Lackner
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco CA94105
415.659.5933
dreidy@reedsmith.com

*Attorneys for Defendant, Bank of America, N.A.*