UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JON GERMAIN, ELIZABETH GERLACH,
AMBER RHY, ANGELA MIDDLETON,
BRUCE MIDDLETON, JENNIFER PRISSEL
and TODD PRISSEL, on behalf of themselves
and all others similarly situated,

                Plaintiffs,                          Case No. 13-CV-00676

     v.

BANK OF AMERICA, N.A.,

                Defendant.

---

**DEFENDANT BANK OF AMERICA, N.A.'S**
**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

---

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 56(a), Defendant, Bank of America, N.A., by its attorneys Quarles & Brady LLP and Reed Smith LLP, moves the Court for summary judgment. This motion is supported by a Memorandum in Support of Defendant Bank of America, N.A.'s Motion for Summary Judgment, Defendant Bank of America, N.A.'s Proposed Findings of Fact, the Deposition of Plaintiff Jon Germain (filed under seal), the Deposition of Plaintiff Amber Rhy (filed under seal), the Declaration of Paul Brown, and the Declaration of Rachel A. Graham (filed under seal and redacted), as well as the pleadings and papers already on file.

Dated July 16, 2014.

Valerie L. Bailey-Rihn
State Bar No. 1000728
Rachel A. Graham
State Bar No. 1069214

/s/ Rachel A. Graham

QUARLES & BRADY LLP
33 East Main Street
Suite 900
Madison, WI  53703
608.251.5000
val.bailey@quarles.com
rachel.graham@quarles.com

David S. Reidy
Marc Lackner
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415.659.5933
dreidy@reedsmith.com

*Attorneys for Defendant, Bank of America, N.A.*