IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JON GERMAIN and AMBER RHY,
on behalf of themselves and all others
similarly situated,

      JUDGMENT IN A CIVIL CASE

    Plaintiffs,

      Case No. 13-cv-676-bbc

v.

BANK OF AMERICA, N.A.,

    Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that summary judgment is entered in favor of defendant.

s/ J. Titak, Deputy Clerk            11/7/2014
Peter Oppeneer, Clerk of Court            Date